RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Dana Byrd

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-223-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| DANA BYRD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Dana Byrd, that the Revocation Hearing currently scheduled on Monday, April 17 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one week.

This Stipulation is entered into for the following reasons:

1.      Defense counsel has an Evidentiary Hearing at the same time as the revocation hearing in *United States v. Pelayo*, Case No. 2:17-cr-023-KJD-CWH.

2.      Additionally counsel for the defendant needs more time to investigate the violations and discuss with the government a possible resolution.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of April, 2017.


RENE L. VALLADARES                          STEVEN W. MYHRE
Federal Public Defender                         Acting United States Attorney


        */s/ Rachel Korenblat*                            */s/ Richard Anthony Lopez*
By_____           By_____
RACHEL KORENBLAT                          RICHARD ANTHONY LOPEZ
Assistant Federal Public Defender             Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

DANA BYRD,

         Defendant.

Case No. 2:14-cr-223-APG-VCF

**ORDER**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 17, 2017 at 9:00 a.m., be vacated and continued to  May 3, 2017  at  9 : 00  a .m.; or to a time and date convenient to the Court.

     DATED this 13th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE